(104 So. 923)

Homer PARIS v. CITY OF BRIDGEPORT. (8 Div. 282.) (Court of Appeals of Alabama. May 21, 1925.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Violating prohibition ordinance.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(101 So. 925)

Joe Tom PARNELL v. STATE. (4 Div. 4.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge.

BRICKEN, P. J. There is no bill of exceptions in this case; the appeal as submitted here being upon the record proper. The record appears regular in all respects, and shows that this appellant, defendant in the court below, was indicted, tried, and convicted upon the charge that he did distill, make, or manufacture alcoholic, spirituous, malted, or mixed liquors or beverages a part of which was alcohol, contrary to law. Judgment was entered accordingly; the defendant being sentenced to serve an indeterminate term of imprisonment in the penitentiary for not less than one year and six months nor more than one year and seven months. No error being apparent on the record, the judgment of conviction appealed from is affirmed. Affirmed.

---

(103 So. 926)

Charles PATTERSON v. STATE. (8 Div. 303.) (Court of Appeals of Alabama. March 17, 1925.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge. Grand larceny.

RICE, J. The appeal is on the record proper, without bill of exceptions. There being no error apparent, let the judgment be affirmed. Affirmed.

---

(103 So. 926)

Gilmore PATTERSON v. STATE. (7 Div. 102.) (Court of Appeals of Alabama. March 24, 1925.) Appeal from Circuit Court, St. Clair County; Woodson J. Martin, Judge. Manufacturing prohibited liquor.

SAMFORD, J. We have examined the evidence in this case, and find sufficient evidence to justify the refusal of the general charge as to each count of the indictment. These being the sole exceptions to the court's rulings, and the record being otherwise free from error, the judgment is affirmed.

---

(104 So. 923)

Dave PAYNE v. STATE. (8 Div. 336.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Colbert County; Charles P. Almon, Judge. Violating prohibition law.

BRICKEN, P. J. Affirmed.

---

(100 So. 926)

C. C. PEARCE v. Florence H. DUEL. (6 Div. 576.) (Court of Appeals of Alabama. June 24, 1924.) Appeal from Circuit Court, Jefferson County; Richard V. Evans, Judge.

Clarence Mullins, of Birmingham, for appellant. John W. Altman, of Birmingham, for appellee.

BRICKEN, P. J. Appeal dismissed by agreement of parties.

---

(104 So. 923)

Clem PEARSON v. CITY OF TUSCALOOSA. (6 Div. 685.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition ordinance.

BRICKEN, P. J. Appeal dismissed on motion of appellee.

---

(104 So. 924)

Clem PEARSON v. CITY OF TUSCALOOSA. (6 Div. 686.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating traffic ordinance.

SAMFORD, J. Appeal dismissed.

---

(102 So. 924)

T. S. PEAVY v. STATE. (5 Div. 501.) (Court of Appeals of Alabama. Dec. 16, 1924. Rehearing Denied Jan. 13, 1925.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. T. S. Peavy was convicted of possessing prohibited liquors, and he appeals. Affirmed. The prosecution in this case was begun in the county court of Chilton county, upon the following complaints: "Before me, J. L. Wilson, a justice of the peace of said county, personally appeared T. Littlejohn, who, being duly sworn, deposes and says that he has probable cause for believing, and does believe, that within 12 months before making this affidavit, and in said county, that T. S. Peavey did possess or have in his possession or otherwise dispose of spirituous, vinous, or malt liquor, against the peace and dignity of the state of Alabama." From a judgment of conviction there entered, defendant appealed to the circuit court, where defendant, being put to trial upon this complaint, demurred thereto upon these grounds: (1) That the complaint is vague and uncertain; (2) that it fails sufficiently to describe the offense charged or attempted to be charged against defendant; and (3) that it fails to charge with sufficient particularity the offense which defendant is called upon to defend. The trial court overruled the demurrer. Issue being joined, the jury returned a verdict of guilty, and there was judgment and sentence accordingly, from which defendant appeals.

Thomas A. Curry, of Clanton, for appellant.

Harwell G. Davis, Atty. Gen., for the State.

Briefs of respective counsel did not reach the Reporter.

FOSTER, J. The defendant was convicted of a violation of the prohibition laws. The complaint followed substantially the statute creating the offense, and was sufficient against the demurrer interposed. We find no error in the record. The judgment appealed from is affirmed. Affirmed.